**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 01-50472
Summary Calendar

_____


LARRY A. HOBDY, SR.,

Plaintiff - Appellant,

VERSUS


HOMESIDE LENDING, INC.

Defendant - Appellee.

_____

Appeal from the United States District Court for the
Western District of Texas, San Antonio Division
(SA-00-CV-484-HG)

_____

November 7, 2001

Before DAVIS, BENAVIDES and STEWART, Circuit Judges.

PER CURIAM:[*]

The defendant produced summary judgment evidence demonstrating the non-existence of material factual disputes. The burden was then on the plaintiff to produce summary judgment evidence to contradict defendant's proof. The plaintiff failed to produce such contradictory evidence. The district court therefore correctly

_____

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

granted summary judgment to the defendant.

After a full review of the record, we affirm for the reasons stated in the district court's Order dated May 17, 2001.

AFFIRMED.